# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 17, 2025

Lyle W. Cayce
Clerk

No. 25-10200
Summary Calendar
_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Ronald Scott Young,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:09-CR-138-1

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Ronald Scott Young appeals the sentence imposed upon the revocation of his term of supervised release, arguing that the district court procedurally erred by miscalculating his policy statement range of imprisonment. We assume without deciding that the plainly unreasonable

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10200

standard of review applies. *See United States v. Sanchez*, 900 F.3d 678, 682 (5th Cir. 2018).

Based on our review of the record, we conclude that the error in the statement of reasons form listing the incorrect policy statement range is harmless and clerical in nature in light of the transcript of the revocation hearing, which establishes, inter alia, that the district court adopted the correct range as advanced by the parties and thoroughly explained its reasons for imposing the 18-month sentence. *See United States v. Shakbazyan*, 841 F.3d 286, 292 (5th Cir. 2016); *see also United States v. Maturino*, 887 F.3d 716, 725 n.44 (5th Cir. 2018).

The judgment of the district court is AFFIRMED.